UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


**MICHAEL HAYES and WENDY HAYES** ]
    **Plaintiffs,** ]
]
v. ] No. 3:13-0028
] Judge Trauger
**THERESA BURNS, et al.** ]
    **Defendants.** ]


### O R D E R

The Court has before it Motions to Dismiss (Docket Entry Nos.7,10 and 17) from three of the defendants and a Report and Recommendation (Docket Entry No.23) from the Magistrate Judge addressing these Motions.

The plaintiffs have neither submitted pleadings in opposition to the Motions to Dismiss nor timely objections to the Report and Recommendation.

The plaintiffs are self professed "naturals of the Shaykamaxum Atlan Amexem Empire". Most of the complaint consists of nonsensical, vague and conclusory statements. However, it appears that the plaintiffs were not satisfied with the foreclosure of certain mortgaged real estate belonging to them.

In the Report and Recommendation, the Magistrate Judge concluded that the plaintiffs have failed to state a claim upon which relief can be granted. For that reason, he recommends that

the Court grant the defendants' Motions to Dismiss.

Having reviewed the complaint *de novo*, the Court agrees that the plaintiffs have failed to state a claim for relief from these defendants. Accordingly, the Report and Recommendation is ADOPTED and APPROVED in all respects. The defendants' Motions to Dismiss are hereby GRANTED.

It is so ORDERED.

_____
Aleta A. Trauger
United States District Judge